**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JESSICA L. JAHN v. JULIE MYERS ET. AL. | FILED: JULY 1, 2008<br>08CV3741<br>JUDGE MANNING<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: TC

JESSICA L. JAHN

| NAME (Type or print) |
|---|
| Kevin L. Dixler |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kevin L. Dixler |

| FIRM |
|---|
| Law Office of Kevin L. Dixler |

| STREET ADDRESS |
|---|
| 28 E. Jackson Blvd., Ste. 1905 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60604-2214 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06211983 | 312-588-0500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐