**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Jessica Leah Jahn

                    Plaintiff,

v.                                        Case No.:
                                        1:08−cv−03741
                                        Honorable Blanche
                                        M. Manning

U.S. Immigration and Customs Enforcement, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Ms. Jahn's petition for a writ of habeas corpus seeks to challenge her detention. However, administrative proceedings regarding this issue are pending. Accordingly, Ms. Jahn is ordered to show cause, by no later than July 25, 2008, why this case should not be dismissed for lack of jurisdiction.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.