UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jessica Leah Jahn, | ) |
| | ) No. 08 C 3741 |
| Plaintiff, | ) |
| | ) Judge Manning |
| v. | ) |
| | ) |
| U.S. Immigration and Customs Enforcement; Julie L. Myers, Assistant Secretary, U.S. Immigration and Customs Enforcement; Glenn Triveline, Field Office Director, U.S. Immigration and Customs Enforcement; Michael Mukasey, U.S. Attorney General; Michael Chertoff, Secretary, U.S. Department of Homeland Security; Daniel J. Sedlock, Jr., Chief of Corrections, McHenry Adult Correctional Facility A.K.A. McHenry County Jail, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/ Sheila M. McNulty
SHEILA M. McNulty
Special Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8788