LAW OFFICE OF

**KEVIN LAWRENCE DIXLER**

28 EAST JACKSON BOULEVARD
SUITE 1905
CHICAGO, ILLINOIS 60604-2214

TELEPHONE (312)588-0500
FACSIMILE (312)588-0200
E-MAIL kd@dixler.com
Internet Website: http://dixler.com

July 9, 2008

Court Administrator
Federal District Court
Northern Illinois
219 S. Dearborn Pkwy.
20th Floor
Chicago, IL   60604

    Case #:                                                                08 cv 3741
    Receipt Number for erroneous payment:      2899924
    Proper Receipt # for complaint in habeas:   2899929

To Whom This May Concern:

This follows up notice of a duplicate payment.  The above receipt number confirms that a duplicate payment for $5 was erroneously made under the above stated receipt number due to what appeared to be a computer glitch.  Please refund the overpayment.


Respectfully,

s/Kevin L. Dixler

Kevin L. Dixler
Attorney at Law

KLD/kd

Enc:

[\IMM\1-Admin-Office \JRequestRefund-FedCt.let]